## ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Gilbane Federal ) ASBCA Nos. 60468, 61194, 61998
)
Under Contract No. W912G-08-D-0085 )

APPEARANCES FOR THE APPELLANT: John S. Vento, Esq.
Trenam Law
Tampa, FL

Michael A. Branca, Esq.
Peckar & Abramson, P.C.
Washington, DC

Martin R. Salzman, Esq.
Hendrick, Phillips, Salzman &
Siegel, P.C.
Atlanta, GA

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
Engineer Chief Trial Attorney
Ronald J. Goodeyon, Esq.
Bryan M. Harrington, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Tulsa

## OPINION BY ADMINISTRATIVE JUDGE CATES-HARMAN

On December 3, 2019, the parties participated in an Alternative Dispute Resolution before the undersigned and reached a settlement. A joint motion requesting a consent judgment was filed by the parties on January 13, 2020, with the intention of seeking payment through the Judgment Fund.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of

$4,790,420.00, inclusive of costs and fees. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from February 1, 2020, until date of payment.

Dated: January 15, 2020

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 60468, 61194, and 61998, Appeals of Gilbane Federal, rendered in conformance with the Board's Charter.

Dated:

PAULA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2